UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|                                         |     |                    |
|-----------------------------------------|-----|--------------------|
| BRIAN McCORMICK,                        | )   |                    |
|                                         | )   |                    |
| Plaintiff,                              | )   |                    |
|                                         | )   |                    |
| v.                                      | )   | **JUDGMENT**       |
|                                         | )   |                    |
|                                         | )   | No. 5:15-CV-219-FL |
|                                         | )   |                    |
| CAROLYN W. COLVIN,                      | )   |                    |
| Acting Commissioner of Social Security, | )   |                    |
|                                         | )   |                    |
| Defendant.                              | )   |                    |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's consent motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 25, 2016, that defendant's motion to remand is granted and the Commissioner's decision is reversed.  This matter is remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) for further proceedings.


**This Judgment Filed and Entered on February 25, 2016 and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Todd J. Lewellen (via CM/ECF Notice of Electronic Filing)

February 25, 2016                    JULIE RICHARDS JOHNSTON, CLERK
                                       /s/ Christa N. Baker
                                     (By) Christa N. Baker, Deputy Clerk